UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MBH HIGHLAND, LLC, ) | |
| ) | Case No. 3:20-bk-01940 |
| Debtor(s). ) | (Chapter 11) |
| ) | Judge Charles M. Walker |
| ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., pursuant to Fed. R. Bankr. P. 9010, through undersigned counsel, gives notice of its appearance in this bankruptcy proceeding as counsel for *CHCT Lending, LLC* and *CHCT West Virginia, LLC* and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon its attorney-of-record as follows:

> John Rowland (BPR # 13944)
> Baker, Donelson, Bearman,
> Caldwell & Berkowitz, P.C.
> 211 Commerce Street, Suite 800
> Nashville, Tennessee 37201
> (615) 726-5631 (telephone)
> (615) 744-5631 (facsimile)
>
> Email for ECF purposes:
> businessbknash@bakerdonelson.com
> Email for all other purposes:
> jrowland@bakerdonelson.com

This request encompasses all notices and pleadings filed in this proceeding, including, without limitation, notices of any Orders, Motions, Complaints, Petitions, pleadings or requests, applications, and any other documents brought before this Court, whether formal or informal,

written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect this proceeding.

Dated: March 30, 2020.

          Respectfully submitted,

          */s/ John Rowland*
          John Rowland (BPR # 13944)
          Baker, Donelson, Bearman,
          Caldwell & Berkowitz, P.C.
          211 Commerce Street, Suite 800
          Nashville, Tennessee 37201
          (615) 726-5631 (telephone)
          (615) 744-5631 (facsimile)
          Email for ECF purposes:
          businessbknash@bakerdonelson.com
          Email for all other purposes:
          jrowland@bakerdonelson.com

          **Counsel for CHCT Lending, LLC and CHCT West Virginia, LLC**

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 30th day of March, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

      Gene L Humphreys
      Paul G Jennings
      Glenn Benton Rose
      Bass Berry & Sims
      150 Third Avenue South, Suite 2800
      Nashville, TN 37201
      Phone: 615-742-7757
      Fax: 615-742-0404
      Email: ghumphreys@bassberry.com

      Office of the U.S. Trustee
      701 Broadway, Suite 318
      Nashville, Tennessee 37203

      Megan Reed Seliber
      US Trustee's Office
      701 Broadway
      Suite 318
      Nashville, TN 37203
      615-736-2254
      Email: megan.seliber@usdoj.gov

      */s/ John Rowland*
      Jake Adams

3

4827-6659-2903v1
2830546-000614 02/05/2019
Case 3:20-bk-01940   Doc 19   Filed 03/30/20   Entered 03/30/20 17:02:32   Desc Main
Document   Page 3 of 3