# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MBH HIGHLAND, LLC, *et al.*,[1] | ) | Case No. 20-bk-01940 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Judge Charles M. Walker |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance in the above-captioned chapter 11 cases as counsel on behalf of Green Capital Funding, LLC ("Green Capital"), World Global Capital, LLC d/b/a Fundkite Funding ("World Global Capital"), and MCA Recovery, LLC ("MCA Recovery"), and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand-delivery, telephone, or otherwise, which affect Green Capital, World Global Capital and/or MCA Recovery or these chapter 11 bankruptcy cases to be served upon:

Robert V. Sartin, Esq.
FROST BROWN TODD LLC
150 Third Avenue South, Suite 1900
Nashville, Tennessee 37201
(615) 251-5550 Telephone
(615) 251-5551 Facsimile
rsartin@fbtlaw.com

---

[1] The Debtors are the following entities: MBH Highland, LLC (Case No. 20-bk-01940); MBH West Virginia, LLC (Case No. 20-bk-01939); MBH Health Center, LLC (Case No. 19-bk-01941).

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Green Capital, World Global Capital and/or MCA Recovery, specifically but not limited to (i) their right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) their right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) their right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Green Capital, World Global Capital and/or MCA Recovery are or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments they expressly reserve.

Respectfully submitted,

*/s/ Robert V. Sartin*
Robert V. Sartin #30046
Benjamin M. Katz #33671
**FROST BROWN TODD LLC**
150 Third Avenue South, Suite 1900
Nashville, Tennessee 37201
(615) 251-5550 Telephone
(615) 251-5551 Facsimile
rsartin@fbtlaw.com
bkatz@fbtlaw.com

*Counsel for Green Capital Funding, LLC, World Global Capital, LLC, and MCA Recovery, LLC*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing was filed and served via the Court's CM/ECF filing and noticing system this 13th day of April, 2020 to all parties registered to receive electronic notices in this case.

       */s/ Robert V. Sartin*
       **FROST BROWN TODD LLC**
 &nbsn;     *Counsel for Green Capital Funding, LLC,*
       *World Global Capital, LLC, and MCA*
       *Recovery, LLC*